IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 98-334-1** |
| **v.** | : | |
| | : | |
| **REINALDO ROSARIO** | : | |

## ORDER

AND NOW, this 24th day of September, 2009, upon consideration of Defendant's "Motion Under Title 18 § 3582(c)(2) and Sentencing Guideline § 1B1.10," it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:


 /s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.


O:\Criminal Cases\98-334-1, USA v. Rosario\USA v. Rosario order.wpd